UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| CHARYSE M. MCMILLION, | : | CASE NO. 1:20-c-v02356 |
| Plaintiff, | : | ORDER |
| | : | [Resolving Doc. 32] |
| v. | : | |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| Defendant. | : | |

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

After successfully helping Plaintiff Charyse McMillion appeal her denial of Social Security benefits, Plaintiff's counsel now seeks attorneys' fees under 42 U.S.C. § 406(b) for work performed on this case.[1] Specifically, Plaintiff's counsel seeks $21,971.50 in contingent fees.[2] Together with the $24,000 awarded for administrative-level services, Plaintiff's counsel's total fee would be $45,971.50.[3]

Section 406(b) caps attorneys' fees at twenty-five percent of the past-due benefits.[4] Courts must review fee requests to make sure that the fees are reasonable.

Plaintiff's counsel's request for $21,971.50 in contingent fees is reasonable. Plaintiff McMillion received a total of $283,692 in past-due benefits: $183,886 in primary benefits and $99,806 for her children. Counsel's requested total fee-—$45,971.50—is a little over sixteen percent of Plaintiff's total benefits. And, Plaintiff McMillion and counsel signed a

---

[1] Doc. 32, PageID #: 1363. The Commissioner takes no position on Plaintiff's counsel's motion. Doc. 33, PageID #: 1380.
[2] *Id.*
[3] *Id.*
[4] *Hayes v. Sec'y of Health & Hum. Servs.*, 923 F.2d 418, 420–21 (6th Cir. 1990) (citation omitted).

Case No. 1:20-cv-02356
GWIN, J.

contingency fee agreement where McMillion agreed to pay twenty-five percent of her past-due benefits.[5]

For these reasons, the Court **GRANTS** the motion for attorneys' fees and awards $21,971.50 to Plaintiff's counsel, on the condition that Plaintiff's counsel refunds to Plaintiff McMillion the $6,250 in fees that the Court awarded under the Equal Access to Justice Act.

IT IS SO ORDERED.

Dated: July 2, 2024         s/    James S. Gwin
                            JAMES S. GWIN
                            UNITED STATES DISTRICT JUDGE

---

[5] See *Lasley v. Comm'r of Soc. Sec.*, 771 F.3d 308, 309 (6th Cir. 2014).